## Ben D. Levine, Appellant, v. Sam Levin and William S. Kaplan, Appellees.

**Gen. No. 44,752.**

David H. Greenberg, for appellant; Meyer Abrams, of counsel; Isadore L. Kovitz, for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed November 29, 1949; released for publication December 14, 1949.

